**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6540**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WALTER LEE SADLER,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Richard L. Voorhees, Chief District Judge. (CR-95-134-V)

---

Submitted: June 12, 1997          Decided: June 18, 1997

---

Before WIDENER and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Walter Lee Sadler, Appellant Pro Se. Brian Lee Whisler, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Walter Lee Sadler appeals from the district court's denial of his "Motion for Discovery of Grand Jury Minutes." Our review reveals that Sadler previously moved for production of this same material, and that this court affirmed the district court's denial of that prior motion. United States v. Sadler, Nos. 96-7126, 96-7674 (4th Cir. Jan. 23, 1997) (unpublished). We again find no error in the district court's denial of relief. We therefore affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED